FREDERICK PLATE et al., Respondents, v. PAUL FITZPATRICK, as Presiding Supervisor of the Town of Smithtown, Appellant, et al., Respondent.—

772

No opinion. Rabin, P. J., Munder, Martuscello, Shapiro and Gulotta, JJ., concur.